

**O'TOOLE SCRIVO**
A LIMITED LIABILITY COMPANY

**STEVEN A. WEINER**
sweiner@oslaw.com

May 31, 2022

**MEMO ENDORSED**

**Via Electronic Filing**
Honorable Katherine Polk Failla
United States District Court, Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York  10007

> Re:  *Colony Insurance Company v. Southwest Marine & General Insurance Company v. Certain Underwriters at Lloyds, London and Accident Fund Insurance Company of America*
> **Civil Action No. 1:22-cv-01590-KPF**

Dear Judge Failla:

This office represents Defendant Southwest Marine & General Insurance Company ("Southwest") in the above-styled action. We write with the consent of Plaintiff's counsel pursuant to Your Honor's Individual Rules of Practice in Civil Cases, Section 2.D, to respectfully request an adjournment of the preliminary conference in this matter, currently scheduled for June 9, 2022.

On April 15, 2022, Southwest filed a Third Party Complaint impleading Certain Underwriters at Lloyds, London and Accident Fund Insurance Company of America. The deadlines for Third-Party Defendants Accident Fund and Underwriters to respond to the Third-Party Complaint are June 5 and June 17, 2022, respectively.

Therefore, Southwest respectfully requests that the preliminary conference, and the date for all required joint submissions in advance of that conference, be briefly adjourned until after June 17, 2022 to allow as all parties ability to participate in the joint drafting of the Case Management Plan and Scheduling Order and Joint Letter and to appear at the preliminary conference.

This is the parties' first request for an adjournment of the preliminary conference.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Steven A. Weiner*
STEVEN A. WEINER

14 Village Park Road Cedar Grove, NJ 07009 | (973) 239-5700 | Facsimile: (973) 239-3400 | oslaw.com

200 Park Avenue, Suite 1700, New York, NY 10166 | (888) 663-1117

Hon. Katherine Polk Failla
May 31, 2022
Page 2


cc:
All Counsel of Record (via PACER)
William Edwins, Esq., via PACER and electronic mail (*WEdwins@LondonFischer.com*)

```
Application GRANTED.  The initial pretrial conference scheduled
for June 9, 2022, is hereby ADJOURNED to July 14, 2022, at 2:30
p.m.  The Clerk of Court is directed to terminate the pending
motion at docket number 34.

Dated:     May 31, 2022               SO ORDERED.
           New York, New York
```

*[Signature: Katherine Polk Failla]*

```
                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE
```